CONTINENTAL NATIONAL AMERICAN GROUP *v.*
LEONARD MAJESKE

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Leonard Majeske,* pro se, in support of the petition.

*Douglas L. Drayton,* in opposition.

Submitted March 21—decided April 3, 1973

FITZPATRICK'S, INC. *v.* ROBERT C. LEUBA,
COMMISSIONER OF MOTOR VEHICLES

The plaintiff's motion to erase the appeal from the Court of Common Pleas in Hartford County is denied.

*Joseph E. Sakal,* in support of the motion.

*Richard R. Brown,* assistant attorney general, and *Robert K. Killian,* attorney general, in opposition.

Submitted March 23—decided April 3, 1973

MICHAEL J. ZIELSKI ET AL. *v.* STRATFORD PLANNING
AND ZONING COMMISSION

The plaintiffs' motion to reverse the order dated February 8, 1973, by this court granting certification to the defendant and deny or declare the order to be void and of no effect in the appeal from the Court of Common Pleas in Fairfield County is denied.

*Raymond B. Rubens,* in support of the motion.

Submitted March 30—decided April 3, 1973